**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7447**

———————

BERNARD BARNES,

Plaintiff - Appellant,

versus

R. ALLEN; T. BLOW; D. BRIGGS; N. E. WHITLOW,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-237-3)

———————

Submitted: March 12, 1998          Decided: March 24, 1998

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Bernard Barnes, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order adopting the magistrate judge's report and recommendation and dismissing without prejudice this complaint pursuant to 42 U.S.C. § 1983 (1994). The order is not appealable because the defect on which the dismissal was based could be cured by amending the complaint. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064 (4th Cir. 1993). Accordingly, this court does not have jurisdiction over this appeal and it must be dismissed.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2